# Court of Appeals
# of the State of Georgia

ATLANTA,_ October 25, 2017_____

*The Court of Appeals hereby passes the following order:*

**A18D0132.  JENNIFER GAINES v. JENNIE FARNSWORTH.**

Pursuant to OCGA § 19-7-1 (b. 1), Jennifer Gaines filed a "Petition for Third Party Custody, Determination of Parenting Time and Petition for Declaratory Judgment," seeking joint custody and parenting rights as to her former partner Jenni Farnsworth's biological child.  Farnsworth filed a motion for summary judgment, asserting Gaines lacked standing to file a third party custody action.  Gaines responded, contending that OCGA § 19-7-1 (b. 1) and (b) (1) are unconstitutional as applied to her and other women in same sex relationships who were precluded from marrying, adopting, and legitimizing children prior to *Obergefell v. Hodges*, __ U. S. __ (135 SCt 2584, 192 LE2d 609) (2015).  The trial court agreed with Farnsworth and granted her motion for summary judgment.  In its order, the trial court specifically dealt with Gaines's constitutional challenges.  Gaines then filed this application for discretionary appeal.

The Supreme Court has exclusive appellate jurisdiction in "all cases in which the constitutionality of a law, ordinance, or constitutional provision has been drawn in question."  Ga. Const. of 1983, Art. VI, Sec. VI, Para. II (1); see also *Zarate-Martinez v. Echemendia*, 299 Ga. 301, 304 (2) (788 SE2d 405) (2016).  Because the trial court addressed and rejected Gaines's claims calling into question the constitutionality of OCGA § 19-7-1, it appears that jurisdiction over this appeal may lie in the Supreme Court.  As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this application is hereby TRANSFERRED to

the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  10/25/2017*
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*